UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT LOAN MARKETING,  )<br>        )<br>    Plaintiff,  )<br>        )<br>    v.  )<br>        )<br>JOHN R. MAESTRI,  )<br>        )<br>    Defendant.  )<br>_____) | Case No. C 03-0059 M (JL)<br><br>ORDER TO SHOW CAUSE |

   TO DEFENDANT JOHN MAESTRI: You are hereby ordered to appear before this Court on Wednesday, February 10, 2010 at 9:30 a.m. to show cause why your conduct should not be certified to the district court as contempt of court for your failure to appear for the hearing on Defendant's motion to compel discovery scheduled in your case on January 27, 2010.

   IT IS SO ORDERED.

Date: January 29,  2010

*James Larson*
James Larson
United States Magistrate Judge

G:\JLALL\CASES\Student Loan\03-0059\OSC.wpd