UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT LOAN MARKETING, ) | Case No. C 03-0059 M (JL) |
| Plaintiff, ) | NOTICE |
| v. ) | |
| JOHN R. MAESTRI, ) | |
| Defendant. ) | |

The Court received Defendant's email and letter requesting a continuance of the show cause hearing regarding his failure to appear at the hearing on Plaintiff's motion to compel discovery of financial records following his default in this student loan case.

The Court hereby continues this hearing to March 24, 2010 at 9:30 a.m. Defendant shall appear whether or not he is represented by counsel.

IT IS SO ORDERED.

Date: February 8, 2010

*James Larson* (signature)

James Larson
United States Magistrate Judge

G:\JLALL\CASES\Student Loan\03-0059\Final Continuance.wpd