JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88413)
Chief, Civil Division
DOUGLAS K. CHANG (SBN HI2922)
Assistant United States Attorney
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Tel. No. (415) 436-6985
 Fax No. (415) 436-7169

Attorneys for United States



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STUDENT LOAN MARKETING ASSOCIATION, | Case No. FJ 03 059 MAG (JL) |
| Plaintiff, | [PROPOSED] **ORDER COMPELLING DISCOVERY RESPONSES** |
| v. | |
| JOHN R. MAESTRI, JR., | Date: March 24, 2010 |
| Defendant. | Time: 9:30 a.m. Courtroom: F Magistrate Judge James Larson |

The above-entitled case regarding discovery dispute came on for hearing before this Court on March 24, 2010. Douglas K. Chang appeared for the United States. No appearance was made by or on behalf of the Defendant, John R. Maestri, Jr. After full consideration of the papers submitted and arguments made, after affording the parties the opportunity to be heard, and good cause appearing,

IT IS HEREBY ORDERED that the Defendant, John R. Maestri, Jr., shall, within 30 days from the date of this order, fully and completely respond to the United States' first request for production of documents and first set of interrogatories that were originally served on the Defendant on or about January 27, 2009. The Defendant is also specifically ordered to fully and completely respond to all interrogatories and document requests concerning his spouse, and to sign his written answers and responses.

Order Compelling Discovery Responses
FJ 03-059-MAG (JL)

IT IS SO ORDERED.

Dated: April 1, 2010

*James Larson*
JAMES LARSON
United States Magistrate Judge