**John Maestri**
13 Stone Court
San Anselmo CA 94960
~~415-454-3652~~
(415) 454-3652

ORIGINAL
FILED
JUL 13 2010
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUL 07 2010
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

July 1, 2010

Judge James Larson
US District Court
450 Golden Gate Avenue
San Francisco CA 94102

RE: Case 03-0059 M (JL), FJ 03-059 MAG (USDC ND California)

Your honor,

Thank you for allowing me to continue my communications with you in a less than formal manner.

US Attorney Chang has requested additional information concerning my case. I had attempted to comply with the government's (and the Courts) First Request and filed that documentation with the US Attorney in May 2010. However, after a period of nearly two months of silence, the US Attorney has now requested additional information and documentation.

Unfortunately, the US Attorney's Second Request was received by me on 28 June 2010 with a demand for this subsequent documentation to be presented by 8 July 2010. Because of this untimely delivery, I cannot comply with his request in 8 business days and have therefore requested additional time with the US Attorney, until 31 July 2010 to supply the materials for his Second Request.

Thank you for your considerations in this matter and it is my hope that any contempt requests by the US Attorney be denied due to the facts mentioned above.

Respectfully,

*[signature]*

SO ORDERED

*[signature]*

JAMES LARSON
U.S. MAGISTRATE JUDGE